# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Lockheed Martin Integrated Systems, Inc. ) | ASBCA Nos. 60079, 60080, 60081 |
| ) | |
| Under Contract Nos. W9113M-07-D-0006 ) | |
| DAAB07-03-D-B009 ) | |
| W15P7T-06-D-F405 ) | |

APPEARANCES FOR THE APPELLANT:         Thomas A. Lemmer, Esq.
                                       Joshua D. Prentice, Esq.
                                         Dentons US LLP
                                         Denver, CO

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                       Frank A. March, Esq.
                                         Trial Attorney

## DECISION BY ADMINISTRATIVE JUDGE O'SULLIVAN

The contracting officer's final decisions from which the above-captioned appeals were taken have been withdrawn. The parties mutually consent to the dismissal of the appeals with prejudice. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973. The appeals are dismissed as moot.[*]

Dated: 12 July 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

---

[*] The Board's decision dated 10 July 2017 dismissing the above-captioned appeals as moot is hereby withdrawn and re-issued as a three-judge decision.

I concur                                 I concur

RICHARD SHACKLEFORD            J. REID PROUTY
Administrative Judge                 Administrative Judge
Acting Chairman                      Acting Vice Chairman
Armed Services Board               Armed Services Board
of Contract Appeals                  of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60079, 60080, 60081, Appeals of Lockheed Martin Integrated Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2